AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Jonathan Wayne-Payson Macomber; Ehab Yahia Zahran, *on behalf of those similarly situated*
*Plaintiffs*

v.

State Transport Police, *a division of the SC Department of Public Safety*
*Defendant*

) ) ) ) ) ) Civil Action No. 7:21-cv-02799-DCC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Summary Judgment is granted to defendant in part as to Plaintiffs' constitutional claim. The Court declines to exercise supplemental jurisdiction over Plaintiffs' claim for unjust enrichment.

---

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge

Date: February 22, 2024

*CLERK OF COURT*

s/Jenny Smith, Deputy Clerk

*Signature of Clerk or Deputy Clerk*